DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LATHESIA PENN,

Appellant,

v.

ALLEN DODD,

Appellee.

No. 2D21-1039

————————————————

September 23, 2022

Appeal from the County Court for Hillsborough County; Miriam
Valkenburg, Judge.

Lathesia Penn, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK , and LUCAS, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.